UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:06-1089 |
| ) | Judge Trauger |
| CHERRY LINDAMOOD, WARDEN, ) | |
| ) | |
| Respondent. ) | |

### O R D E R

The court has before it a petition for a writ of *habeas corpus* filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2254. (Docket Entry No. 1)

As provided in the Memorandum entered contemporaneously herewith, the petition and record of prior proceedings clearly show that the petitioner is not entitled to federal *habeas corpus* relief. Therefore, the petition is **DENIED** and this action is **DISMISSED**. Rule 8(a), Rules – Section 2254 Cases.

Should the petitioner file a timely notice of appeal from this Order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which, for reasons explained in the court's Memorandum, will **NOT** issue, *see Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002); *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063, 1073 (6th Cir. 1997).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge